# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-02-00675-CV

**Security National Insurance Company, Appellant**

**v.**

**Aspen Trent, individually and as representative of the estate of Stephen Anthony Segura; and as next friend of Kameron Anthony Segura; David Segura; and Rosemary Segura, Appellees**

---

**FROM THE PROBATE COURT NO. 1 OF TRAVIS COUNTY**
**NO. 76038-A, HONORABLE GUY S. HERMAN, JUDGE PRESIDING**

---

## M E M O R A N D U M   O P I N I O N

The parties to this appeal announce that they have settled their dispute and no longer wish to pursue this appeal. They have filed an agreed motion to dismiss.

We grant their motion and dismiss this appeal.

W. Kenneth Law, Chief Justice

Before Chief Justice Law, Justices B. A. Smith and Puryear

Dismissed on Agreed Motion

Filed:  February 21, 2003